**Randy Joseph MOORE, Petitioner–Appellant,**

v.

**Jeff PREMO, Superintendent of OSP, Respondent–Appellee.**

No. 04–15713.

United States Court of Appeals, Ninth Circuit.

Feb. 15, 2011.

Barbara L. Creel, Esquire, Assistant Federal Public Defender, Portland, OR, for Petitioner–Appellant.

Kathleen Cegla, Esquire, Office Of The Oregon Attorney General, Salem, OR, for Respondent–Appellee.

Before: STEPHEN REINHARDT, MARSHA S. BERZON, and JAY S. BYBEE, Circuit Judges.

**ORDER**

As required by the Supreme Court in *Premo v. Moore,* —— U.S. ——, 131 S.Ct. 733, 178 L.Ed.2d 649 dated January 19, 2011, the district court's order denying the writ of habeas corpus is **AFFIRMED.**